Tony Graffagnino

vs

**8461**

No.8461

P.E.Voorhies,Appellant.

Charles F.Claiborne,Judge.

October 1st 1923.

8461

Charles F.Claiborne,Judge.

This is a suit for the price of pecans sold and delivered.

The plaintiff resides in Opelousas and the defendant in New Orleans.The plaintiff alleged that in December 1919 he sold to the defendant pecans in the quantity and for the price mentioned in the annexed itemized statement,Viz:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dec | 1st-21 bags | 1549 lbs. | at | 18 ¢ | | $278.82 |
| " | " -11 " | 766 " | " | 20¢ | | 153.20 |
| " | 2nd- 2 " | 162 " | " | 20¢ | | 32.40 |
| " | " 12 " | 1030 " | " | 18 ¢ | | 185.40 |
| " | 4th 1 " | 129 " | " | | | |
| " | 5 " | 428 " | | | | |
| | | 557 " | " | 20 ¢ | | 111.40 |
| | | | Total | | | $761.22 |

Credits

December 24th 1919 Cash $100.00

| | | |
|---|---|---|
| | 300.00 | 400.00 |
| Balance Due | | $361.22 |

For which plaintiff demands judgment.

Plaintiff swears to the correctness of his account

The defendant excepted that the petition was vague, general,and indefinite and disclosed no legal right or cause of action"The exceptions were overruled.

The defendant then answered with a general denial. He further averred that although he resided in New Orleans he was " a Citizen and voter of the State of Mississipi " and his home was at Bay St.Louis.

He denied that he was indebted to plaintiff as

alleged in plaintiff's petition;he denied all the allegations
concerning the sale of the pecans to him,as set forth in the
itemized statement;he denied the payments on account and the
balance due;and denied amicable demand.

The defendant did not swear to his answer;he left
it to his attorney,who under the pleading act,verified it from
"information and belief" .

Upon the trial of the case the question of commo-
rancy was not raised.The answer was completely ignored.The defense
was that the defendant had purchased only a few sacks of pecans
while the plaintiff sent him 40 odd in a few days;that the
price agreed upon was 18 cents per pound and not 20 cents; and
that the pecans purchased by him were exhibited to him and were
sound while the pecans delivered were bad;and that he paid $300
on account on the condition that plaintiff would deduct 800
pounds for the bad pecans.

Evidence in support of those defenses was admitted
over plaintiff's objection.

I         There is nothing in the contention that plaintiff
shipped more pecans than defendant had purchased.Defendant
received and kept them and must pay for them.

C.C.1816 (1810) Actions without words,either written or spoken,
are presumptive evidence of a contract,when they are done under
circumstances that naturally imply a consent to such contract.
To receive goods from a merchant without any express promise
and to use them,implies a contract to pay the value."

88 II       The price claimed by plaintiff seems to be established
Plaintiff testifies that the shipment of pecans was accompanied
by an invoice.This seems true.For in a letter dated December 24th
defendant writes to plaintiff:

" Cut your prices- Small         14¢

                Medium        18¢

                Large         22¢

                Mixed         18¢

When plaintiff's attorney made an amicable written

101

demand prior to filing suit, defendant did not answer; and in his answer, he says not a word about an overcharge.

But assuming that defendant is right, the difference between the two prices is but two cents a pound. Plaintiff charges defendant with 1485 pounds at twenty cents, an excess of $29.70 over eighteen cents. Defendant has never offered to pay the price at 18 cents, nor at any other price.

III          The pecans were purchased and shipped and delivered and received in December. It does not appear that any fault was found with the pecans until February 5th 1920 when plaintiff met defendant at the railroad depot and asked him for his money. Defendant went inside the depot and wrote a check for $300 to the order of plaintiff, and upon the face of the check wrote these words: " Subject to bad pecans to be returned. Plaintiff swears he told defendant to ship him back whatever bad pecans he had. The defendant testified that he told the plaintiff that he would not pay him "unless he deducted 300 pounds at 18 cents a pound." That would make $144 ; deducted from $361.25 would leave a balance of $217.25 which the defendant admits in his testimony he owes the plaintiff. Yet he never returned any pecans, nor made any offer to pay their price; nor any admission, in his answer, that he owed any part of it. On the contrary, his attorney, from information received from him, we must presume, stated under oath, that he owed nothing. The testimony of a defendant under such circumstances does not commend itself to the Court.

The judgment of the District Court was in favor of plaintiff and we believe it is correct. We have thus given this case much attention because it was taken up and submitted on briefs in the absence of defendant's counsel who was engaged in another Court. But he has not favored us with a brief.

The plaintiff and appellee has asked for damages for a frivolous appeal, but we do not think that the facts justify such a penalty.

Judgment affirmed.          October 1st 1923.